1  MELINDA HAAG (CABN 132612)
   United States Attorney

E-FILING

Filed
APR 0 8 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,           )   CR 13 No. 00230   MAG
                                    )
    Plaintiff,                      )
                                    )   VIOLATION: 29 U.S.C. § 439(c) - False
    v.                              )   entry in or willful concealment, etc., of
                                    )   books and records (Class A misdemeanor)
BARBARA ELLEN HOLLAND,              )
                                    )
    Defendant.                      )   SAN JOSE VENUE
                                    )
_____)

## INFORMATION

The United States charges:

1.   At all times material to this Information, Plumbers Local 62 was a labor organization engaged in an industry affecting interstate or foreign commerce and subject to the Labor-Management Reporting and Disclosure Act of 1959, Title 29, United States Code, Section 401, et. seq., and was required to file an annual financial report with the United States Department of Labor.

//

//

INFORMATION

2. From on or about May 2009 to December 2011, in the Northern District of California, defendant,

BARBARA ELLEN HOLLAND,

did knowingly and willfully conceal and withhold entries of records of a labor organization, required to be kept by Title 29, United States Code, Section 436, that is cash payments from union members recorded on the union's One-Write/Peg Board System, which are records on matters required to be reported in the Plumber Local 62's annual financial report, which were required to be filed with the Department of Labor for 2009 - 2011 fiscal years.

All in violation of Title 29, United States Code, Section 439(c).

DATED: April 8, 2013

MELINDA HAAG
United States Attorney

*/s/ Amber Rosen*

AMBER ROSEN
Deputy Chief, San Jose Branch Office

(Approved as to form: */s/* )
SAUSA Edwards

INFORMATION                                    2

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT
☐ SUPERSEDING

--- OFFENSE CHARGED ---

29 U.S.C. Section 439(c) - False entry in or willful concealment, etc., of books and records

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY:  1 year
$10,000 fine
1 year supervised release
$25 special assessment

CR 13

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

--- DEFENDANT - U.S ---
BARBARA ELLEN HOLLAND

DISTRICT COURT NUMBER
00230

[Filed stamp: APR 8 2013, RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE]

MAG

--- DEFENDANT ---

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction        ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

--- PROCEEDING ---

Name of Complainant Agency, or Person (& Title, if any)
Vivian E. Thorbourne, Department of Labor

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   MELINDA HAAG
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   SAUSA Meredith Edwards

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☒ SUMMONS   ☐ NO PROCESS*   ☐ WARRANT     Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☒ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: April 24, 2013 9:30a.m.   Before Judge: Grewal

Comments: Agent to serve summons